MOW 3007-1.1    (4/2021)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: Eric Lee Snook ) | |
| ) | |
| ) | |
| Debtor(s) ) | Case No. 23-20232 |
| ) | |

**OBJECTION TO CLAIM #5-1 FILED BY WAYFINDER BK**

**AS AGENT FOR PERFORMANCE FINANCE**

Comes now Movant Eric Lee Snook, and hereby objects to the Proof of Claim filed by creditor, Wayfinder BK as agent for Performance Finance, in the amount of $ 3,565.57, and filed on May 25, 2023. The court claim number is #5-1.

**Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim. The Response shall be in writing and state why the claim should be allowed as filed. If a Response is filed, the Court will schedule a hearing. If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106.** Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☐    The deadline for filing proofs of claim expired prior to the filing of the claim, so the claim should be disallowed in its entirety. (Not applicable in Chapter 7)

☐    The claim should be disallowed entirely because Enter text.

☒    The claim should instead be allowed as an unsecured claim in the amount of $3,565.57 because the Debtor does not have possession of the 2007 Harley Davidson motorcycle as it was stollen in about March of 2021 and it has not been recovered – and the creditor was so notified.

☐     The claim should instead be allowed as secured in the amount of $Enter amount and unsecured in the amount of $Enter amount because Enter reason.

☐     Other Enter text:

Dated: 6/1/2023                                                    /s/Richard L. Beaver

                                                                                                                                                                           _____

                                                                                                               Richard L. Beaver  #36888
398 Dix Road #102
Jefferson City, MO  65109
573-635-9911
Attorney for the Debtor

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Objection to Claim was mailed to Wayfinder BK as agent for Performance Finance, P.O. Box 64090, Tucson, AZ  85728-4090 by first class mail this 1st day of June, 2023, Enter year.

And Represented parties received notice electronically via the court's Electronic System.

Dated: 1/6/2023                                                     /s/Richard L. Beaver

                                                                                                   _____

                                                                                                   Richard L. Beaver

**Court address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**

**Instructions: Complete all parts of the form and serve on the affected parties**

ECF Event: Bankruptcy>Claim Actions>Objection to Claim (includes 30-day notice)

4esnook6