## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  ERIC LEE SNOOK

                                                                                                          Case No.:  23-20232-drd-13

**Debtor**

### MOTION TO DENY CONFIRMATION OF PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the proposed plan (document #18), filed on or about June 02, 2023. In support thereof, the trustee states that the issues related to the proposed plan include:

1. 11 U.S.C. Section 1325(a)(4):

   It appears there is non-exempt equity of $3,234.43. The equity comes from the 2007 Harley ($2,384.43) and household goods ($850). The proposed plan will pay less to the non-priority unsecured creditors than if the estate were liquidated under Chapter 7.

2. Treatment of Secured Creditors:

   Though the required box in Part 1.1 has not been marked "Included", the debtor proposes to pay a creditor to value in Part 3.2.  Please amend to provide the proper notice.

WHEREFORE, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.

                                                                                     Respectfully submitted,

June 09, 2023

                                                                                    /s/ Richard V. Fink, Trustee

                                                                                  Richard V. Fink, Trustee
                                                                                  2345 Grand Blvd., Ste. 1200
                                                                                  Kansas City, MO 64108-2663
                                                                                  (816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order denying confirmation of the plan.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail. If any party is served by United States First Class Mail a certificate of service will be filed thereafter:

RICHARD L BEAVER ESQ (80) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JLA    /Motion - Deny Confirmation